IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM and
RONALD WALKER,

    Plaintiffs,

v.

CHRISTOPHER SCHMALING,

    Defendant.

ORDER

Case No. 17-cv-121-jdp

Plaintiff Ronald Walker has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff Walker's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff Walker's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff Walker must submit the certified trust fund account statement no later than March 10, 2017. If I find that plaintiff Walker is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff Walker will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Ronald Walker may have until March 10, 2017 to submit a trust fund account statement for the period beginning approximately August 15, 2016 and ending approximately February 15, 2017. If, by March 10, 2017, plaintiff Walker

fails to respond to this order, I will assume that plaintiff Walker wishes to withdraw from this action voluntarily.

Entered this 17th day of February, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge