IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM and
RONALD WALKER,

          JUDGMENT IN A CIVIL CASE

    Plaintiffs,                        17-cv-121-jdp

v.

CHRISTOPHER SCHMALING and
JOHN DOES

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                            3/08/2017

Peter Oppeneer, Clerk of Court              Date